**WENDELL J. JONES, (State Bar No. 202302)**
1901 S. Bascom Avenue
Suite 333
Campbell, CA 95008
Telephone/ Facsimile:  (408) 371-7589

Attorney for Plaintiff
FIDEL HERNANDEZ

*IT IS SO ORDERED*
*Judge Edward J. Davila*
8/10/2011

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FIDEL HERNANDEZ** an individual<br><br>Plaintiff,<br><br>vs.<br><br>**CITIMORTGAGE, INC; US BANK N.A. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC; CR TITLE SERVICES, INC., and DOES 1 through 50 inclusive**<br><br>Defendants | Case No.: **11-CV-02980-EJD**<br><br>**PLAINTIFF'S MOTION TO DISMISS** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice against Defendants CITIMORTGAGE, INC; US BANK N.A. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC; CR TITLE SERVICES, INC. and DOES 1 through 50 inclusive.
 The Clerk shall close this file.

DATED:  August 8, 2011                          The Law Office of Wendell J. Jones

                                                BY:    /s/Wendell J. Jones
                                                       Wendell J. Jones
                                                       ATTORNEY FOR PLAINTIFF

**PLAINTIFF'S MOTION TO DISMISS**

1